Account #: 1449098
BK Filed: 4/23/2009
First Post Pet: 5/1/2009　9/1/2009
Amount: 943　$ 951.00

| Due Date | Date Rcvd | Payment amount | Amount rcvd | Unapplied funds balance | Late Charge Assessed | Late Charge Paid | | |
|---|---|---|---|---|---|---|---|---|
| 5/1/09 | 6/8/09 | $ 943.00 | $ 980.72 | $ 37.72 | $ 37.72 | | | |
| 6/1/09 | 7/7/09 | $ 943.00 | $ 943.00 | $ 37.72 | $ 37.72 | | | |
| 7/1/09 | 9/15/09 | $ 943.00 | $ 1,000.00 | $ 94.72 | $ 37.72 | | | |
| 8/1/09 | 9/29/09 | $ 943.00 | $ 980.00 | $ 131.72 | $ 37.72 | | | |
| 8/1/09 | 10/5/09 | $ (943.00) | $ (980.00) | $ 94.72 | $ (37.72) | | NSF 1ST | |
| 8/1/09 | 10/5/09 | $ 943.00 | $ 980.00 | $ 131.72 | $ 37.72 | | | |
| 8/1/09 | 10/12/09 | $ (943.00) | $ (980.00) | $ 94.72 | $ (37.72) | | NSF 2ND | 20 |
| 8/1/09 | 10/29/09 | $ 943.00 | $ 980.00 | $ 131.72 | $ 37.72 | | | |
| 9/1/09 | 12/31/09 | $ 951.00 | $ 951.00 | $ 131.72 | $ 38.04 | | | |
| 9/1/09 | 1/8/10 | $ (951.00) | $ (951.00) | $ 131.72 | $ (38.04) | | NSF 1ST | |
| 9/1/09 | 1/8/10 | $ 951.00 | $ 951.00 | $ 131.72 | $ 38.04 | | | |
| 9/1/09 | 1/15/10 | $ (951.00) | $ (951.00) | $ 131.72 | $ (38.04) | | NSF 2ND | 20 |
| 9/1/09 | 2/1/10 | $ 951.00 | $ 1,000.00 | $ 180.72 | $ 38.04 | | | |
| 10/1/09 | 3/2/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| 11/1/09 | 3/29/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| 11/1/09 | 4/2/10 | $ (951.00) | $ (951.00) | $ 180.72 | $ (38.04) | | NSF 1ST | |
| 11/1/09 | 4/2/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| 11/1/09 | 4/8/10 | $ (951.00) | $ (951.00) | $ 180.72 | $ (38.04) | | NSF 2ND | 20 |
| 11/1/09 | 4/14/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| 12/1/09 | 6/3/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| 1/1/10 | 9/3/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| 1/1/10 | 9/13/10 | $ (950.00) | $ (950.00) | $ 180.72 | $ (38.04) | | NSF 1ST | |
| 1/1/10 | 9/13/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| 1/1/10 | 9/17/10 | $ (950.00) | $ (950.00) | $ 180.72 | $ (38.04) | | NSF 2ND | 20 |
| 1/1/10 | 9/29/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| | | | | | $ 341.08 | | | |