IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CASE NO: 09-51666 |
| --- | --- | --- |
| Jason Andrew Nesbitt | ) | Chapter 13 |
| Theresa Marie Nesbitt | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | ITEMIZATION IN SUPPORT OF APPLICATION FOR ADDITIONAL COMPEN-SATION |

    Now comes Robert M. Whittington, Jr., attorney for the above-captioned debtors, who hereby submits the following itemization in support of his application for additional compensation of $350.00 filed herein, *viz.*,

| Date | Service rendered | Time expended, hours in tenths |
| --- | --- | --- |
| 1/21/11 | Reviewed motion for for relief, sent copy to clients with form cover ltr. | 0.25 |
| 2/14/11 | Discussed with paralegal her tel. conv. w/ clients, drafted and uploaded response to motion for relief | 0.50 |
| 2/16/11 | Reviewed 9:55 a.m. e-mail from June Smith, (Exhibit A) downloaded and reviewed proof of claim from PACER, downloaded and reviewed chapter 13 trustee's on-line interim report, and sent 10:20:59 e-mail (Exhibit B) | 0.33 |
| 2/16/11 | E-mail exchanged with June Smith, Exhibits C, D and E. | 0.33 |
| 2/16/11 | Analyzed loan history to verify accuracy of | 0.50 |

|  |  |  |
|---|---|---|
|  | mortgagor's statements in aforementioned e-mail. Exhibit I. Calculated effect of settlement on feasibility of plan. Exhibit H. E-mailed paralegal to schedule appt. with clients to review feasibility. Exhibit G. |  |
| 2/18/11 | Reviewed and approved agreed order | 0.10 |

Total time expended:  2.01

      WHEREFORE, Robert M. Whittington, Jr. hereby respectfully submits the foregoing itemization of time in support of his motion for additional compensation.

      Respectfully Submitted,

      /s/ Robert M. Whittington, Jr. 0007851
      159 S. Main St., Suite 1023
      Akron, OH 44308
      330 384 8484
      fax 330 384 8953
      elkwhitt@neo.rr.com

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing itemization was sent by electronic ECF notification this 8th day of March, 2011 and by ordinary mail, postage prepaid, to:

Jason and Theresa Nesbitt
1819 Silver Lake Ave.
Cuyahoga Falls, OH 44223

      /s/ Robert M. Whittington, Jr.

Re: Nesbitt, Jason & Theresa 09-51666

**Subject:** Re: Nesbitt, Jason & Theresa 09-51666
**From:** Robert Whittington <rwhittings@sprintmail.com>
**Date:** Wed, 16 Feb 2011 10:20:59 -0500
**To:** June Smith <jsmith@albanandcarlson.com>
**CC:** Carla Irvin <carlairvin@gmail.com>

To be clear, your client already filed a claim in the case for prepetition arrearage for $4,483.89 that you've included in your $12,363.00 figure. The chapter 13 trustee already has paid $1,270.41 of the prepetition arrearage. Therefore, I'm assuming that your client is proposing to file a new claim for $2,919.95 (which is the $7,919.95 amount you have in your motion for postpetition arrears less the $5,000.00 that the debtors would pay outside the plan) plus $150.00 in costs.

**EXHIBIT B**

Thanks.

Robert M. Whittington, Jr.

On 2/16/2011 9:55 AM, June Smith wrote:

> We called the Court with regard to the MFR filed by Nationwide Advantage Mortgage and have removed this case from tomorrow's docket to give us a little time to finalize the attached Agreed Order and get it uploaded to the Court.
>
> This proposed Agreed Order incorporates the debtors' proposed payment of $5,000.00 by March 1st with the balance of the arrearage to be paid within the plan. The arrearage due is broken down as follows:
>
> | | |
> |---|---:|
> | 13 payments at $951.00 each | $12,363.00 |
> | 13 late charges at $38.04 each | 494.52 |
> | Prior uncollected late charges | 341.08 |
> | Fees to defend objection | 275.00 |
> | Property inspection fees | 17.00 |
> | NSF fees | 80.00 |
> | Unapplied funds | (180.72) |
> | Court costs for MFR | 150.00 |
> | Total arrearage due | $13,539.88 |
> | Less proposed reinstatement payment | 5,000.00 |
> | Arrearage balance to be paid in plan | $ 8,539.88 |
>
> **EXHIBIT A**
>
> Debtors' next regular monthly payment would be due March 1, 2011.
>
> Please let us hear from you at the earliest possible time so we may resolve this matter.


Thank you

June Smith
Alban & Alban, LLP
7100 North High Street, #102
Worthington, Ohio 43085
Phone (614) 340-4044
Fax (614) 340-4042

RE: Nesbitt, Jason & Theresa 09-51666

Fax (614) 340-4042

**From:** Robert Whittington [mailto:rwhittings@sprintmail.com]
**Sent:** Wednesday, February 16, 2011 10:40 AM
**To:** June Smith
**Subject:** Re: Nesbitt, Jason & Theresa 09-51666

I believe you are incorrect. I have cut and pasted the information that you set forth on the worksheet attached to your motion as Exhibit "C." As you please will see, the $12,363.00 figure does include $4,483.89 of prepetition arrears that already is included in the proof of claim previously filed by your client. The amount that your worksheet avers is owed for postpetition arrears is $7,919.95.

Please review and advise. Thank you.

**EXHIBIT D**

Arrearages:
BEFORE DATE OF FILING: $ 4,483.89
AFTER DATE OF FILING:2 $ 7,919.95
TOTAL ARREARAGES: $12,403.84

On 2/16/2011 10:27 AM, June Smith wrote:

The pre-petition arrearage figure is NOT included in the $12,363.00 figure. Debtors have 13 payments due post petition. The loan is contractually due for the December, 2009, payment and post petition due for the February, 2010, payment. A post-petition payment history is attached to our MFR.



**EXHIBIT C**

Thank you

June Smith

Alban & Alban, LLP

7100 North High Street, #102

Worthington, Ohio 43085

June Smith

Alban & Alban, LLP

7100 North High Street, #102

Worthington, Ohio 43085

Phone (614) 340-4044

Fax (614) 340-4042


**From:** Robert Whittington [mailto:rwhittings@sprintmail.com]
**Sent:** Wednesday, February 16, 2011 10:48 AM
**To:** June Smith
**Subject:** Re: Nesbitt, Jason & Theresa 09-51666

Please provide an explanation for the discrepancy. Thanks.

Robert M. Whittington, Jr.



On 2/16/2011 10:46 AM, June Smith wrote:

The worksheet is incorrect and we can amend, if necessary.


Thank you


June Smith

Alban & Alban, LLP

7100 North High Street, #102

Worthington, Ohio 43085

Phone (614) 340-4044

**Subject:** Re: Nesbit, Theresa
**From:** Robert Whittington <rwhittings@sprintmail.com>
**Date:** Wed, 16 Feb 2011 11:33:53 -0500
**To:** Carla Irvin <carlairvin@gmail.com>

Call her and set up an appointment to have her bring in paystubs.  Send her a
budget form.  Must show that she can pay what she's proposing and modify the plan.


On 2/16/2011 11:07 AM, Carla Irvin wrote:
> She says fine.



Exh. H

12,363.00 postpet. arrears per e-mail
-5,000.00   paid outside
―――――――
 7,363.00   to be paid for postpet. arrears
   150.00   costs
   300.00   atty. fees
   546.91   trustee
―――――――
 8,359.91
11,157.92  plan balance as of 3/16/11
―――――――
19,517.83 ÷ 43 remaining mos =
            453.10/mo. ~
            210/biweekly for 43 month
            from today

EXHIBIT H

09-51666

32-7


EXHIBIT 1

Account # 1449098
BK Filed 4/23/2009
First Post Pet 5/1/2009 9/1/2009
Amount 943 $ 951.00

| Due Date | | Date Rcvd | Payment amount | Amount rcvd | Unapplied funds balance | Late Charge Assessed | Late Charge Paid | | |
|---|---|---|---|---|---|---|---|---|---|
| may | 5/1/09 | 6/8/09 | $ 943.00 | $ 980.72 | $ 37.72 | $ 37.72 | | | |
| June | 6/1/09 | 7/7/09 | $ 943.00 | $ 943.00 | $ 37.72 | $ 37.72 | | | |
| July | 7/1/09 | 9/15/09 | $ 943.00 | $ 1,000.00 | $ 94.72 | $ 37.72 | | | |
| | 8/1/09 | 9/29/09 | $ 943.00 | $ 980.00 | $ 131.72 | $ 37.72 | | | |
| | 8/1/09 | 10/5/09 | $ (943.00) | $ (980.00) | $ 94.72 | $ (37.72) | | NSF 1ST | |
| | 8/1/09 | 10/5/09 | $ 943.00 | $ 980.00 | $ 131.72 | $ 37.72 | | | |
| | 8/1/09 | 10/12/09 | $ (943.00) | $ (980.00) | $ 94.72 | $ (37.72) | | NSF 2ND | 20 |
| | 8/1/09 | 10/29/09 | $ 943.00 | $ 980.00 | $ 131.72 | $ 37.72 | | | |
| | 9/1/09 | 12/31/09 | $ 951.00 | $ 951.00 | $ 131.72 | $ 38.04 | | | |
| | 9/1/09 | 1/8/10 | $ (951.00) | $ (951.00) | $ 131.72 | $ (38.04) | | NSF 1ST | |
| | 9/1/09 | 1/8/10 | $ 951.00 | $ 951.00 | $ 131.72 | $ 38.04 | | | |
| | 9/1/09 | 1/15/10 | $ (951.00) | $ (951.00) | $ 131.72 | $ (38.04) | | NSF 2ND | 20 |
| | 9/1/09 | 2/1/10 | $ 951.00 | $ 1,000.00 | $ 180.72 | $ 38.04 | | | |
| | 10/1/09 | 3/2/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| | 11/1/09 | 3/29/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| | 11/1/09 | 4/2/10 | $ (951.00) | $ (951.00) | $ 180.72 | $ (38.04) | | NSF 1ST | |
| | 11/1/09 | 4/2/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| | 11/1/09 | 4/8/10 | $ (951.00) | $ (951.00) | $ 180.72 | $ (38.04) | | NSF 2ND | 20 |
| | 11/1/09 | 4/14/10 | $ 951.00 | $ 951.00 | $ 180.72 | $ 38.04 | | | |
| | 12/1/09 | 6/3/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| | 1/1/10 | 9/3/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| | 1/1/10 | 9/13/10 | $ (950.00) | $ (950.00) | $ 180.72 | $ (38.04) | | NSF 1ST | |
| | 1/1/10 | 9/13/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| | 1/1/10 | 9/17/10 | $ (950.00) | $ (950.00) | $ 180.72 | $ (38.04) | | NSF 2ND | 20 |
| | 1/1/10 | 9/29/10 | $ 950.00 | $ 950.00 | $ 180.72 | $ 38.04 | | | |
| | | | | | | $ 341.08 | | | |

12 mos Jan 2011 ?
, feb 2011 = 13 mos